**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**   JS-6



International Fidelity Insurance Company,

    Plaintiff,

v.

Tsangarides et al.,

    Defendants.

2:17-cv-01662-VAP (GJSx)

# JUDGEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that, pursuant to Plaintiff's successful claims for breach of contract, Court enters judgment in favor of Plaintiff in the amount of $3,035,634.24, plus prejudgment interest, post-judgment interest, and costs according to law.

**IT IS SO ORDERED.**

Dated: 3/8/19

Virginia A. Phillips
Chief United States District Judge